UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA
*ex rel.*, Stephanie Woznicki,

      Plaintiff,

v.

RAYDON CORP., *et al.*,

      Defendants.

Case No: 2:23-cv-01088-SPC-DNF
(Under Seal)

## **ORDER**

Before the Court is the Government's Notice of Election to Decline Intervention. (Doc. 29). Under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Government notified the Court of its decision not to intervene in this action. Although the Government declines to intervene, it requests the following:

- allow the Relator to continue this action in the name of the United States, provided the Court solicit the Government's written consent before ruling or approving any dismissal, settlement, or other withdrawal of this case, *see* 31 U.S.C. § 3730(b)(1), (c)(3);

- serve all future pleadings, orders, and notices of appeal filed in this action upon it; and

- lift the seal on the Complaint, the Government's Notice, and any order issued as a result of the Notice being unsealed.

After considering the Government's Notice and the applicable law, the Court grants the Government's requests.

Accordingly, it is **ORDERED**:

1. The Government's Notice of Election to Decline Intervention filed on September 16, 2025 (Doc. 29), is **GRANTED**.

2. The Clerk is **DIRECTED** to serve copies of all future pleadings, orders, and notices of appeal filed in this case on the Government.

3. The Clerk is **DIRECTED** to lift the seal on the Complaint, the Government's Notice, and this Order. All other papers filed in this action shall remain under seal.

**DONE** and **ORDERED** in Fort Myers, Florida on September 17, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:

Chad C. Spraker
Assistant U.S. Attorney

Bryan Quesenberry, Esq.
Counsel for Relator